MAX STORCH et al., Appellants, *v.* ABRAM GREENFIELD, Respondent.

Argued January 26, 1937; decided March 9, 1937.

*Max Ornstein* for appellants.

*Irving G. Kennedy* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.